**No. 60163.**—J. Rosenberg et al. *v.* United States, protests 594425–G, etc. (San Diego and Los Angeles).

311

Opinion by Rao, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiffs was sustained with respect to said 20 percent of the merchandise.